Probation Form No. 35A  
(5/00)

Report and Order Terminating Supervision  
Only, Before Original Expiration Date

## United States District Court
## for the
## Southern District of Texas

United States of America

versus

Criminal Case:   2:01CR00114-001

MIGUEL ANGELO PEREZ

On March 14, 2005, this defendant commenced his term of supervised release for five (5) years. The defendant has complied with the court's restrictions and no longer needs supervision. It is recommended that supervision only be terminated.

Respectfully submitted,

*Bernadette Rojas Howard*  
Bernadette Rojas Howard  
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervision only. Jurisdiction continues through March 13, 2010.

Signed _____9-28_____, 20 _07_, at Corpus Christi, Texas.

*Janis Graham Jack*  
Janis Graham Jack  
U.S. District Judge

Probation Form No. 35
(5/00)

Report and Order Terminating Probation
or Supervised Release
Before Original Expiration Date

## United States District Court
## for the
## Southern District of Texas

United States of America

versus

Criminal Case: 2:01CR00114-001

MIGUEL ANGELO PEREZ

    On March 14, 2005, Mr. Perez was placed on supervised release, subject to a termination date of March 13, 2010. The defendant has complied with the Court's restrictions and no longer needs supervision. It is recommended that this person be discharged from supervised release, effective immediately.

Respectfully submitted,

Ramon D. Quintana
United States Probation Officer
RDQ/is/55100

### Order of Discharge

    On the probation officer's recommendation, the defendant is discharged from supervised release and these proceedings are terminated.

Signed _____, 2007, at Brownsville, Texas.

Janis Graham Jack
United States District Judge